FILED US District Court-UT
NOV 03 '21 PM12:43

ANDREA T. MARTINEZ, Acting United States Attorney (9313)
STEPHEN P. DENT, Assistant United States Attorney (17405)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4262
stephen.dent@usdoj.gov

**SEALED**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count 1: 21 U.S.C. § 841(a)(1), Distribution of Methamphetamine (>50 grams) |
| vs. | |
| STANLEY BECKSTROM, | |
| Defendant. | Case: 4:21-cr-00112<br>Assigned To : Nuffer, David<br>Assign. Date : 11/3/2021 |

The Grand Jury charges:

<u>COUNT 1</u>
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about July 21, 2021, in the District of Utah,

STANLEY BECKSTROM,

defendant herein, did knowingly and intentionally distribute 50 grams or more of a mixture

or substance containing a detectable amount of Methamphetamine, a Schedule II controlled

substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

_____
STEPHEN P. DENT
Assistant United States Attorney